66h    634
Case 7
66 AD 604
66h    634
Case 12
66 AD 599
66h    634
37 Mis¹⁶365

## FIFTH DEPARTMENT, JANUARY TERM, 1893.

In the Matter of Grove M. Harwood and others.— Order reversed, with the usual costs and disbursements, and the motion denied, with costs. Opinion by Barrett. J.

Louise Meise, Respondent, v. John H. Doscher and others, Appellants. — Judgment reversed and new trial ordered, with costs to abide the event, and the case should be stricken from the special circuit calendar and such new trial had at the ordinary circuit. Opinion by Barrett, J.

George H. Adams and another, as Executors, etc., Respondents, v. Stephen H. Olin and another, as Executors, etc., Appellants. — Judgment affirmed, with costs. Opinion Per Curiam.

Lorenz Reich, Respondent, v. The Colwell Lead Company, Appellant.—Judgment reversed and new trial ordered before another referee to be appointed by this court, with costs to the appellant to abide the event. Opinion by Barrett, J.

Nathan Cohen, Respondent, v. John Simmons, Appellant.—Judgment and order affirmed, with costs. Opinion by Van Brunt, P. J.

Morris Rubens v. The Ludgate Hill Steamship Company (Limited). —Application granted.

Dueber Watch Case Manufacturing Company, Respondent, v. Keystone Watch Case Company, Appellant, Impleaded, etc. — Order affirmed, with costs and usual disbursements. Opinion by Barrett, J.

In the Matter of the Application of the Board of Rapid Transit Commissioners, etc. — An allowance of $5.000 made to each commissioner. Opinion Per Curiam.

The People of the State of New York ex rel. The St. Nicholas and Cross-Town Railroad Company, Appellant, v. Hugh J. Grant, etc.. Respondent. — Order affirmed, with costs. Opinion Per Curiam.

Julius F. Chesebrough, Respondent, v. Daniel D. Conover, Appellant. — Judgment and order affirmed, with costs. Opinion by Van Brunt, P. J.

Julius F. Chesebrough, Respondent, v. Daniel D. Conover, Appellant. —Order affirmed, with costs. Opinion by Van Brunt, P. J.

Moses K. Glines, Respondent, v. The Supreme Sitting of the Order of the Iron Hall. Appellant. — Order affirmed, with costs. Opinion by Barrett, J.

The Harlem Bridge, Morrisania and Fordham Railway Company, Respondent, v. The Town Board of the Town of Westchester and others, Appellants. —Reargument ordered.

William H. Haskell, Appellant, v. John A. Queen and others, Respondents. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Theodore W. Morris and others, Appellants, v. The Mayor, etc., Respondent. — Judgment affirmed, with costs. Opinion Per Curiam.

Mary Ann Robinson v. Robert Govers. — Motion for reargument granted.

The People of the State of New York v. Matteo La Battaglia.—Judgment affirmed; no opinion.

The People of the State of New York, Respondent, v. Herman W. Miller, Appellant. — Judgment affirmed. Opinion Per Curiam.

## FIFTH DEPARTMENT, JANUARY TERM, 1893.

Edward C. Walker, Jr., Appellant, v. Susanna Porter and another, Respondents. — That portion of the order appealed from reversed, with ten dollars costs and disbursements, and the motion, as originally made, granted. Opinion by Macomber, J.

The Thames and Mersey Marine Insurance Company (Limited), Respondent, v. Kate E. Dimick, Executrix, etc., of Lorenzo Dimick, deceased, Impleaded, etc. —Appeal by the Continental Insurance Company. Plaintiff's motion to dismiss appeal denied, with ten dollars costs and disbursements. Order appealed from affirmed, on opinion of Daniels, J., at Special Term.

Andrew J. Applebee and another, Executors, Respondents, v. William Duke, Appellant, Hanford Duke and Myron Duke, Respondants. — Order appealed from affirmed, with ten dollars costs and disbursements. Opinion by Lewis, J.

Hannah Prentice, Administratrix, etc., of Thomas Prentice, Deceased, Plaintiff. v. The Village of Wellsville, Defendant —Plaintiff's motion for a new trial denied, with costs, and judgment ordered for the defendant on the nonsuit. Opinion by Dwight, P. J.; Lewis, J., not sitting.

Theresa Wellenhoffer, Administratrix, etc., of Thomas Wellenhoffer, Deceased, Respondent, v. The New York, Lake Erie and Western Railroad Company, Appellant.—Judgment and order appealed from reversed and a new trial granted, with costs to abide the event. Opinion by Lewis, J.

Adam J. Stephen, an infant, by guardian, Appellant, v. James B. Stevens and another, Respondents.—Judgment appealed from affirmed. Opinion by Macomber, J.

John N. Dunn, Appellant, v. Thomas J. Whalen, and another, Respondents. — Judgment appealed from affirmed, with costs. Opinion by Lewis, J.

Eleanor D. Gaylora, Administratrix, Respondent, v. Nelson Beardsley, Appellant. — Order appealed from reversed, with ten dollars costs and disbursements, and the motion granted on payment of ten dollars costs by defendant. Opinion by Macomber, J.

Orrin R. Adams. Plaintiff, v. New York, Lake Erie and Western Railroad Company, Defendant. — Plaintiff's motion for a new trial denied, with costs, and judgment ordered for the defendant on the nonsuit. Opinion by Macomber, J.

Margaret Mills, as Executrix, etc., of Eliza Martin, Deceased, Respondent, v. Robert M. Wheeler and another, Appellants. — Judgment and order appealed from affirmed. Opinion by Lewis, J.

Edgar D. Mather, Appellant, v. Emeline D. Martin, Respondent. — Judgment and order denying plaintiff's motion for a new trial on the minutes appealed from reversed, and a new trial granted on payment by the plaintiff of the costs of the circuit at which the action was tried. Opinion by Dwight, P. J.

George Miller, Respondent, v. Rochester Vulcanite Paving Company, Appellant. — Judgment of the County Court of Monroe county appealed from affirmed. Opinion by Macomber, J.; Lewis, J., dissenting.

Susan B. Anthony and another, Appellants, v. The American Glucose Company, Respondent. — Judgment appealed from reversed and a new trial granted, with costs to abide the event. Opinion by Macomber, J.; Lewis, J., not sitting.

Frank S. Oakes, Plaintiff, v. The Cattaraugus Water Company, Defendant. — Plaintiff's motion for a new trial denied, with costs, and judgment ordered for the defendant on the nonsuit. Opinion by Lewis, J.

Mary Ensign, Individually, and as Administratrix, etc., Appellant, v. Nathaniel Jarvis, Jr., and Cornelia Hamilton, as Administratrix, etc.,

66    634
147a 687